**Crane Company, appellant, v. Leroy R. Parker et al., appellees. Gen. No. 26,561.**

Bill in equity to have a judgment in a personal injury action set aside as fraudulent, for a new trial and an injunction restraining collection of the judgment. Bill dismissed for want of equity. Ap-

peal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Alden, Latham & Young, for appellant. Frank L. Tuttle, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.